Steven P. Rice (State Bar No. 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
Email: srice@crowell.com

Kathleen Balderrama (State Bar No. 222022)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071-2258
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
Email: kabalderrama@crowell.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DISTRICT

| | |
|---|---|
| HEATHER STERN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW CINGULAR WIRELESS SERVICES, INC. f/k/a AT&T WIRELESS SERVICES, INC., a Delaware corporation; AT&T MOBILITY CORPORATION f/k/a CINGULAR WIRELESS CORPORATION, a Delaware corporation; AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 09-CV-1112-AG-AGR<br><br>**DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES**<br><br>**(Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1)** |

CERTIFICATION AS TO INTERESTED PARTIES;
CASE NO. CV-01112

## CERTIFICATION AS TO INTERESTED PARTIES

The undersigned, counsel of record for Defendants, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. New Cingular Wireless Services, Inc. f/k/a AT&T Wireless Services, Inc.;
2. AT&T Mobility LLC f/k/a Cingular Wireless LLC;
3. AT&T Mobility Corporation f/k/a Cingular Wireless Corporation;
4. AT&T Inc.; and
5. Heather Stern.

The ultimate parent company of the Defendants is AT&T, Inc. No other publicly held corporation owns 10% or more of any Defendant. No one person or group owns 10% or more of the stock of AT&T Inc.

Dated: February 22, 2010

CROWELL & MORING LLP

By: /s/ Kathleen Balderrama
    Steven P. Rice
    Kathleen Balderrama

Attorneys For Defendants,

NEW CINGULAR WIRELESS, INC., f/k/a AT&T WIRELESS SERVICES, INC., AT&T MOBILITY CORPORATION, f/k/a CINGULAR WIRELESS CORPORATION, AND AT&T MOBILITY LLC, f/k/a CINGULAR WIRELESS LLC